IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Direct Merchants Credit Card Bank, ) | No. CV 06-413-TUC-FRZ |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Jim Scasserra, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |
| Jim Scasserra, ) | |
| ) | |
| Counterclaim Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| United States of America, ) | |
| ) | |
| Counterclaim Defendant. ) | |
| ) | |
| _____ ) | |

   Pending before the Court is the Counterclaim Defendant's Motion to Dismiss for Lack of Jurisdiction which was filed on December 12, 2006.  Counterclaim Plaintiff never filed a response to this motion.

   United States Magistrate Judge Glenda E. Edmonds issued a Report and Recommendation on February 7, 2007.  In that Report and Recommendation, Magistrate Judge Edmonds recommended granting the Motion to Dismiss for Lack of Jurisdiction.  The

1  Report and Recommendation indicated that any party could file written objections within ten
2  days of being served with a copy of the Report and Recommendation. Copies of the Report
3  and Recommendation were sent to all parties on February 7, 2007. The parties have not filed
4  objections to the Report and Recommendation, and the time for filing objections has expired.
5  As such, the Court will not consider any objections or new evidence.

6  The Court has reviewed the entire record and concludes that Magistrate Judge
7  Edmond's recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1); Fed. R.
8  Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v.*
9  *Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

10  Accordingly, IT IS HEREBY ORDERED as follows:
11  (1) United States Magistrate Judge Edmonds's Report and Recommendation (Doc. #19) is
12  **ACCEPTED AND ADOPTED**.
13  (2) Counterclaim Defendant's Motion to Dismiss for Lack of Jurisdiction (Doc. #17) is
14  **GRANTED**.
15  (3) All other motions are **DENIED AS MOOT**.
16  (4) **THE PRIMARY ACTION IS REMANDED TO STATE COURT**.
17  (5) The Clerk of the Court is **DIRECTED TO ENTER JUDGMENT DISMISSING THIS**
18  **CASE AND TO CLOSE THE FILE IN THIS MATTER**.

20  DATED this 1st day of March, 2007.

FRANK R. ZAPATA
United States District Judge